UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHARON STANFORD, *et al.*,

    Plaintiff,

vs.

NORTHMONT CITY SCHOOLS, *et al.*,

    Defendants.

Case No. 3:19-cv-399

District Judge Michael J. Newman

---

### ORDER DENYING DEFENDANTS' MOTION TO STRIKE (DOC. NO. 29) AS MOOT

---

This civil case is before the Court on Defendant City of Clayton's motion to strike under Fed. R. Civ. P. 12(f) portions of Plaintiff's response in opposition to Defendants' motion to dismiss. Doc. No. 29. The Court previously denied Defendants' motion to dismiss. Doc. No. 32. Because Defendant City of Clayton's motion to strike is directed to Defendants' motion to dismiss, the Court **DENIES AS MOOT** Defendants' motion to strike.

    **IT IS SO ORDERED.**

  September 14, 2021                         s/ Michael J. Newman
                                                    Hon. Michael J. Newman
                                                    United States District Judge